UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | |
|---|---|
| STEVEN MICHAEL SEYS,           ) | |
| )          | |
| Plaintiff,          ) | |
| )          | CIVIL ACTION NO. |
| VS.          ) | |
| )          | 3:13-CV-2617-G (BF) |
| JULIE DOUCET, ET AL.,           ) | |
| )          | |
| Defendants.          ) | |

## ORDER

After making the review required by 28 U.S.C. § 636(b), the court finds that the findings, conclusions and recommendation of the magistrate judge are correct, and they are adopted as the findings and conclusions of the court.

**SO ORDERED**.

August 8, 2013.

_____
**A. JOE FISH**
**Senior United States District Judge**